UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSAURA RODRIGUEZ,

         Plaintiffs,

v.

AMERICOLD LOGISTICS, LLC,

         Defendants.

Case No.  25-cv-05790-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

INITIAL DISCLOSURES:  9/17/2025

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  10/31/2025

FURTHER CASE MANAGEMENT: 11/7/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 7/3/2026.

DESIGNATION OF EXPERTS: 8/7/2026; REBUTTAL: 8/28/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/12/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/22/2026;
    Opp. Due: 10/6/2026; Reply Due: 10/13/2026;
    and set for hearing no later than 10/30/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/10/2026
PRETRIAL CONFERENCE DATE: 11/24/2026 at 1:30 PM.

JURY TRIAL DATE: 11/30/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 29, 2025

_____
SUSAN ILLSTON
United States District Judge