Monica H. Bullock (SBN 211314)
Monica.Bullock@jacksonlewis.com
Joseph A. Lara (SBN 303802)
Joseph.Lara@jacksonlewis.com
JACKSON LEWIS P.C.
3390 University Avenue, Suite 110
Riverside, CA 92501
Telephone:   (951) 848-7940
Facsimile:    (951) 848-0009

Regan M. Heslop (SBN 346293)
Regan.Heslop@jacksonlewis.com
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSAURA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>    vs.<br><br>AMERICOLD LOGISTICS, LLC; and<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.:  3:25-cv-05790-SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date: 5/1/2026**<br>**Time: 10:00 a.m.**<br>**Courtroom 1 – 17th Floor**<br><br>State Court Complaint Filed:  May 24, 2024<br>Removal Filed:                      May 21, 2025 |

Pursuant to Civil Local Rule 16-9, ROSAURA RODRIGUEZ ("Plaintiff") and Defendant AMERICOLD LOGISTICS, LLC ("Defendant") (collectively, the "Parties") jointly submit this JOINT CASE MANAGEMENT STATEMENT in advance of the Further Case Management Conference currently set for April 17, 2026.

/ / /

## I. <u>SETTLEMENT</u>

On October 31, 2025, the Parties were referred to Magistrate Judge Joseph Spero for a Mandatory Settlement Conference. (ECF 30). On November 20, 2025, the Court set the Mandatory Settlement Conference for February 5, 2026 at 10:00 a.m. by Zoom meeting. (ECF 34).

On February 5, 2026, the Parties participated in the Mandatory Settlement Conference and reached a settlement, which was read into the record, pending the completion of a long-form settlement agreement.  Plaintiff filed a Notice of Settlement with the Court on February 18, 2026. (ECF 37).

On February 17, 2026, Defendant sent Plaintiff a draft settlement agreement. Since then, the Parties have been negotiating the terms of the long-form settlement agreement, but now appear to have reached in impasse.

Dated:  April 24, 2026                              LAW OFFICE OF MICHAEL FREIMAN

By: /s/ Michael Freiman
Michael Freiman
Attorney for Plaintiff

Dated:  April 24, 2026                              JACKSON LEWIS P.C.

By: /s/ Joseph A. Lara
Monica H. Bullock
Joseph A. Lara
Regan M. Heslop
Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

**<u>Attestation Per Local Rule 5-4.3.4(a)(2)(i)</u>**

I, Joseph A. Lara, counsel for Defendant, obtained the concurrence of Plaintiff's counsel regarding the content of this document and am authorized to file Plaintiff's behalf.

/s/ Joseph A. Lara

Monica H. Bullock
Joseph A. Lara
Regan M. Heslop

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**CASE NAME:       ROSAURA RODRIGUEZ v. AMERICOLD LOGISTICS, LLC,** *et al.*

**CASE NO.:       3:25-cv-05790-SI**

I am employed in the County of Riverside, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 3390 University Avenue, Suite 110, Riverside, CA 92501.
On **April 24, 2026,** I caused the following document(s) described as:

**JOINT CASE MANAGEMENT STATMENT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Michael Freiman, Esq.<br>LAW OFFICE OF MICHAEL FREIMAN<br>100 Wilshire Blvd., Ste. 700<br>Santa Monica, CA 90401 | Attorneys for Plaintiff ROSAURA RODRIGUEZ<br><br>Telephone:  (310) 917-1022<br>Email:       mike@employlegal.com |

**[X]     FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 24, 2026**, at Riverside, California.

_____
Karina Reyes

4936-5852-7653, v. 1